1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of
   Rohlfing & Kalagian, LLP
3  211 East Ocean Boulevard, Suite 420
   Long Beach, CA 90802
4  Tel.: (562)437-7006
   Fax: (562)432-2935
5  E-mail: marckalagian_rohlfinglaw@hotmail.com

6  Attorneys for Plaintiff
   Angela Flores

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA FLORES, ) | Case No.: CV 08-03501 RZ |
| Plaintiff, ) | [~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security, ) | |
| Defendant ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee ~~and subject to the reservation of rights~~, the amount of $3,400.00, as authorized by 28 U.S.C. § 2412(d)~~, subject to the terms of the above-referenced Stipulation~~.

DATE: February 03, 2010

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES DISTRICT COURT
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF ROHLFING & KALAGIAN, LLP

3 | /s/ Marc V. Kalagian
_____
4 | Marc V. Kalagian
Attorney for plaintiff Ms. Angela Flores

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26